THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| CMB CONSTRUCTION COMPANY, LLC, *on behalf of itself and others similarly situated*, | ) ) ) ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | **Case No. 5:23-cv-242-FL** |
| DRB Group North Carolina, LLC, DRB ENterpRISES, LLC d/b/a dan ryan builders, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

The Parties hereby notify the Court that, contingent upon Court approval, settlement has been reached on all claims in this matter. This settlement, if approved, will resolve Defendants' pending Motion for Attorneys' Fees (Dkt. No. 45).

The Parties request that they be permitted forty-five (45) days to move the Court for approval of the settlement, as the Complaint asserts class claims. The Parties anticipate they will file a dismissal of all claims within seven (7) days of approval of this settlement.

(*signatures appear on the following page*)

Respectfully submitted this 19th day of December, 2024.

| | |
|---|---|
| **EDWARDS BEIGHTOL, LLC** | **ELLIS & WINTERS LLP** |

/s/ Catharine E. Edwards       /s/ Thomas H. Segars
Catharine E. Edwards            Thomas H. Segars
N.C. State Bar No. 52705        N.C. State Bar No. 29433
cee@eblaw.com                   tom.segars@elliswinters.com
P.O. Box 6759                   Luke J. Farley
Raleigh, NC 27628               N.C. State Bar No. 41229
Telephone: (919) 636-5100       luke.farley@elliswinters.com
                                Michelle A. Liguori
                                N.C. State Bar No. 52505
**OXENDINE BARNES &**           michelle.liguori@elliswinters.com
**ASSOCIATES PLLC**             Kyle A. Medin
                                N.C. State Bar No. 54920
/s/ James A. Barnes IV          kyle.medin@elliswinters.com
Ryan D. Oxendine                P. O. Box 33550
N.C. State Bar No. 27595        Raleigh, North Carolina 27636
ryan@oxendinebarnes.com         Telephone: (919) 865-7000
James A. Barnes IV              Facsimile: (919) 865-7010
N.C. State Bar No. 33356
jim@oxendinebarnes.com          **Counsel for Defendants**
6500 Creedmoor Rd., Ste. 100
Raleigh, NC 27613
Telephone: (919) 848-4333
Facsimile: (919) 848-4707

**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2024, I electronically filed on behalf of the Plaintiffs the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel who have entered an appearance in this matter.

This the 19th day of December, 2024.

/s/ Catharine E. Edwards
Catharine E. Edwards
N.C. State Bar No. 52705
Edwards Beightol, LLC
P.O. Box 6759
Raleigh, NC 27628
cee@eblaw.com
Phone: (919) 636-5100