IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CMB CONSTRUCTION COMPANY, LLC, *on behalf of itself and others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>DRB GROUP NORTH CAROLINA, LLC, DRB ENTERPRISES, LLC d/b/a/ DAN RYAN BUILDERS,<br><br>Defendants. | **Case No. 5:23-cv-242-FL-RN** |

## ORDER

This matter is before the Court on the Parties' Joint Motion to Approve Settlement (Dkt. No. 51). Having reviewed the submissions of the Parties, it appears to the Court that good cause exists to approve the settlement. It further appears to the Court that – because the settlement between the Parties is the product of a good-faith, arms-length negotiation and was not entered for any improper purpose, and because it is unlikely that any other putative class member(s) is relying upon this Action or would be prejudiced by the settlement – no notice of settlement or dismissal need be provided to the putative class. Accordingly, it is hereby

ORDERED that the Parties' Joint Motion to Approve Settlement (Dkt. No. 50) be GRANTED, and it is further

ORDERED that the Parties file a Stipulation of Voluntary Dismissal with prejudice, which will dismiss this case, on or before March 1, 2025; or, if the Parties are not able to do so at that time, the Parties shall file, on or before March 1, 2025, a joint status report indicating the reason(s) for the delay, and providing an expected filing date.

**SO ORDERED.**

This the 18th day of February, 2025.

Louise W. Flanagan
United States District Judge