IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CMB CONSTRUCTION COMPANY, LLC, *on behalf of itself and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>DRB GROUP NORTH CAROLINA, LLC, DRB ENTERPRISES, LLC d/b/a/ DAN RYAN BUILDERS,<br><br>Defendants. | **Case No. 5:23-cv-242-FL-RN** |

## ORDER

This matter is before the Court on the Parties' Motion for Leave to File Document in Support of Motion to Approve Settlement Under Seal ("Motion to Seal"), which jointly requests to seal Exhibit 1 to Exhibit A to the Motion to Approve Settlement (the parties' confidential settlement agreement), which is Docket Entry 53, and in which the Plaintiff CMB Construction Company, LLC, with consent of the Defendants DRB Group North Carolina, LLC and DRB Enterprises, LLC, requests to seal portions of Exhibit A to the Motion to Approve Settlement (the Declaration of Catharine E. Edwards), which is Docket Entry 52.

A redacted version of the Declaration of Catharine E. Edwards has been publicly filed. (Dkt. No. 51-1). The unredacted version of this document (Dkt. No. 52) contains information the confidentiality of which is a material term of the Parties' settlement.

Further, such information is appropriately deemed confidential pursuant to the Protective Order entered in this matter (Dkt. No. 44).

It appearing to the Court that good cause exists for the relief requested, it is hereby ORDERED that the Motion to Seal (Dkt. No. 53) be GRANTED, and it is further

ORDERED that the parties confidential settlement agreement and the unredacted version of the Declaration of Catharine E. Edwards (Dkt. No. 52) be SEALED.

**SO ORDERED.**

This the 18th day of February, 2025.

_____
Louise W. Flanagan
United States District Judge